UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-01791 DDP (RZ) | Date | March 23, 2011 |
|---|---|---|---|
| Title | MARVIN WATSON v. USP LOMPOC, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   In Chambers –
    **ORDER TO SHOW CAUSE (NEED FOR PROPER COMPLAINT)**

On March 17, 2011, the Court denied Plaintiff's March 1 motion for emergency injunctive relief. The Court ruled on the motion despite the fact that Plaintiff has filed no actual complaint. Now that the emergency motion has been denied, however, Plaintiff must cure this defect or the Court will dismiss the action.

Accordingly, IT IS ORDERED that within 30 days, Plaintiff shall file either (1) a proper complaint (one seeking forms of relief other than preliminary injunctive relief, which has been denied), or (2) a memorandum showing cause why the Court should not dismiss this action despite the lack of a complaint.

The Clerk is directed to send Plaintiff a copy of this district's form civil-rights complaint (form CV-66) and the form instructions for prisoner-plaintiffs (form CV-66A).

Failure to comply with this order may result in dismissal of the action.

IT IS SO ORDERED.

                                                                                                                          :
                                                     Initials of Preparer              igb