**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WATSON, | CASE NO. CV 11-01791 DDP (RZ) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| USP LOMPOC, et al., | |
| Defendants. | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: August 31, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE