**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WATSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> USP LOMPOC, et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 11-01791 DDP (RZ) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: August 31, 2011

*[signature]*

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE